<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 15-7756**

—————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

     v.

JAMAD ALI, a/k/a Supe, a/k/a Jacquae Taylor, a/k/a Marvin
George,

        Defendant - Appellant.

—————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   Henry M. Herlong, Jr., Senior
District Judge.  (6:10-cr-00296-HMH-1; 6:15-cv-04107-HMH)

—————

Submitted:  March 29, 2016            Decided:  April 1, 2016

—————

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior
Circuit Judge.

—————

Dismissed by unpublished per curiam opinion.

—————

Jamad Ali, Appellant Pro Se.   Robert Frank Daley, Jr., Jimmie
Ewing, Stanley D. Ragsdale, Assistant United States Attorneys,
Columbia, South Carolina; Carrie Fisher Sherard, Assistant United
States Attorney, Andrew Burke Moorman, OFFICE OF THE UNITED STATES
ATTORNEY, Greenville, South Carolina, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamad Ali seeks to appeal the district court's order dismissing as untimely his 28 U.S.C. § 2255 (2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Ali has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2